# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Heather Lyn McClain**

Debtor(s)

Case Number: **10-01802-PCW**

Chapter: **7**

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ X ]  GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[   ]  DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ _____ on or before _____
$ _____ on or before _____
$ _____ on or before _____
$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.  If the case is dismissed for failure to pay, the filing fee will still be due and owing.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

PAYMENT OF THE FEE FROM THE DEBTORS MUST BE IN THE FORM OF CASH, CASHIER'S CHECK OR MONEY ORDER, AND MADE PAYABLE TO THE CLERK, UNITED STATES COURT.  Payments may be sent or delivered to U.S. Bankruptcy Court, 904 W. Riverside Ave., Suite 304, Spokane, WA  99201.

[   ]  SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ by telephone conference.  All participants are required to call the conference line at (509) 353- _____ at the time of the hearing.

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

_/s/ Patricia C. Williams_
Patricia C. Williams
Bankruptcy Judge

06/01/2010 15:45:45